

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00422-CV

KODIAK PRODUCTS CO., INC.                                    APPELLANT

V.

CHARLES H. DEEGEAR, JR. AND                                   APPELLEES
DEEMAXX COMPONENTS, INC.

----------

### FROM THE 236TH DISTRICT COURT OF TARRANT COUNTY
### TRIAL COURT NO. 236-252084-11

----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered the parties' first amended agreed motion for remand for rendition of judgment pursuant to rule of appellate procedure 42.1(a)(2)(B). *See* Tex. R. App. P. 42.1(a)(2)(B). It is the court's opinion that the motion should be and is granted. Accordingly, we withdraw our judgment dated June 4, 2015,

---

[1]*See* Tex. R. App. P. 47.4.

set aside the trial court's September 12, 2013 "Second Amended Final Judgment" without regard to the merits, and remand this case to the trial court to render judgment by signing the parties' "Agreed Final Judgment" in the form attached as Exhibit A to the parties' first amended agreed motion for remand for rendition of judgment. *See id.*

In accordance with the parties' agreement, costs of this appeal shall be paid by the party incurring same, *see* Tex. R. App. P. 42.1(d), and mandate shall be issued immediately, *see* Tex. R. App. P. 18.1(c).

"Appellees' Motion for Rehearing" and "Appellant Kodiak Products Co., Inc.'s Motion for Rehearing" are denied as moot.

/s/ Anne Gardner
ANNE GARDNER
JUSTICE

PANEL:  DAUPHINOT, GARDNER, and WALKER, JJ.

DELIVERED:  August 28, 2015